UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

SHAWN BRYANT,

                Plaintiff,                      SIXTH AMENDED
                                                          SCHEDULING ORDER
                                                          19-CV-6474-CJS-MJP

vs.

MONROE COUNTY, et al.,

                Defendants.
_____

The parties having filed a joint motion (ECF No. 91) requesting an extension of time of certain deadlines as contained in the Court's previously issued scheduling order, it is

ORDERED that:

1. The mediation deadlines have passed.

2. The deadline for mandatory disclosure requirements found in Rule 26(a)(1) of the Federal Rules of Civil Procedure, as well as any objections to the mandatory disclosure requirements, has passed.

3. The deadline for motions to join other parties and to amend the pleadings has passed.

4. All factual discovery in this case is complete.

5. Expert disclosure in this case is complete.

6. Dispositive motions, if any, shall be filed no later than **August 15, 2024**. Unless a consent to proceed before this Court is filed, such motions shall be made returnable before Judge Siragusa. The briefing schedule for any dispositive motions shall be set

by Judge Siragusa or, in the alternative, be governed by the briefing deadlines set in Loc. R. Civ. P. 7.

7. If no dispositive motions are filed, counsel shall immediately contact the trial judge so that a trial date status conference can be scheduled.

8. Requests to extend the above cut-off dates may be granted upon written application, made prior to the cutoff date, and showing good cause for the extension. Application for extensions should be made to the Magistrate Judge. Joint or unopposed requests to extend the deadlines set forth in this order need not be made by formal motion, but rather may be sought in a letter to the court. Letter requests must detail good cause for the extension and propose new deadlines.

SO ORDERED.

DATED:    May 1, 2024
          Rochester, New York

MARK W. PEDERSEN
United States Magistrate Judge